**No. 10M65. Mary A. Jasso, et al., Petitioners v. United States Forest Service, et al.**

562 U.S. 1197, 131 S. Ct. 1060, 178 L. Ed. 2d 861, 2011 U.S. LEXIS 986.

January 24, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 376 Fed. Appx. 760.

**No. 10M66. LaJuan Clemons, Petitioner v. Kansas.**

562 U.S. 1197, 131 S. Ct. 1060, 178 L. Ed. 2d 861, 2011 U.S. LEXIS 934.

January 24, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 384 Fed. Appx. 734.

**No. 10M67. Edward J. Motton, Petitioner v. N. Grannis.**

562 U.S. 1197, 131 S. Ct. 1061, 178 L. Ed. 2d 861, 2011 U.S. LEXIS 927.

January 24, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M68. Arturo Boyer, et ux., Petitioners v. David Friscia, et al.**

562 U.S. 1198, 131 S. Ct. 1061, 178 L. Ed. 2d 861, 2011 U.S. LEXIS 922.

January 24, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 132, Original. State of Alabama, et al., Plaintiffs v. State of North Carolina.**

562 U.S. 1198, 131 S. Ct. 1061, 178 L. Ed. 2d 861, 2011 U.S. LEXIS 959.

January 24, 2011. Bradford R. Clark, Esquire, of Washington, D.C., the Special Master in this case, is hereby discharged with the thanks of the Court.